

**U.S. Department of Justice**

RECEIVED
3/10/99
CHAMBERS OF
I. LEO GLASSER
U. S. D. J.

United States Attorney
Eastern District of New York

AV:JSS:jss
F. #1998R02283
LAURSEN1.LTR

195 Montague Street
Brooklyn, New York 11201

Mailing Address: 147 Pierrepont Street
Brooklyn, New York 11201

March 10, 1999

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 2 6 2008 ★
BROOKLYN OFFICE

TO BE FILED UNDER SEAL

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Salvatore Lauria
Criminal Docket No. 98-1102 (ILG)

Dear Judge Glasser:

This letter is submitted to request an adjournment of the above-captioned defendant's sentencing, which is now scheduled for March 11, 1999. The defendant is cooperating in a wide-ranging investigation of securities fraud, money laundering and organized crime, and his cooperation is expected to continue for some time. I have spoken with Ms. Schillat, who indicated that a new sentencing date of October 19, 1999 at 10:00 a.m. would be convenient for the Court. I have also spoken with the defendant's attorney, Charles Clayman, Esq., and he consents to the requested adjournment.

Due to the nature of this letter and security concerns set forth in prior proceedings, the government requests that this letter be submitted under seal.

Respectfully submitted,

ZACHARY W. CARTER
UNITED STATES ATTORNEY

By: _____
Jonathan S. Sack
Assistant U.S. Attorney
(718) 254-6238

cc: Charles Clayman, Esq.
305 Madison Avenue
New York, New York 10165

So ordered

USDJ

3/9/99