

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AV:JSS:jss
F. #1998R02283
laursen2.ltr

*195 Montague Street*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

October 28, 1999

<u>TO BE FILED UNDER SEAL</u>

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Salvatore Lauria
         <u>Criminal Docket No. 98-1102 (ILG)</u>

Dear Judge Glasser:

    This letter is submitted to request an adjournment of the above-captioned defendant's sentencing, which was previously scheduled for October 19, 1999. The defendant is cooperating in a wide-ranging investigation of securities fraud, money laundering and organized crime, and his cooperation is expected to continue for some time. I have spoken with Ms. Schillat, who indicated that a new sentencing date of January 25, 2000 at 10:00 a.m. would be convenient for the Court. I have also spoken with the defendant's attorney, Robert Stahl, Esq., and he advised me that the defendnat consents to the requested adjournment.

Due to the nature of this letter and security concerns set forth in prior proceedings, the government requests that this letter be submitted under seal.

Respectfully submitted,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Jonathan S. Sack
Assistant U.S. Attorney
(718) 254-6238

cc: Robert Stahl, Esq.
47 Maple Street, Suite 206
Summit, New Jersey 07901

*So ordered*

/s/ USDJ

10/v/99