

**U.S. Department of Justice**

RECEIVED
JAN 26 00
CHAMBERS OF
I. LEO GLASSER
U.S.D.J.

*United States Attorney*
*Eastern District of New York*

JB:JSS:jss
F. #1998R02283
laursen3.ltr

195 Montague Street
Brooklyn, New York 11201

Mailing Address: 147 Pierrepont Street
Brooklyn, New York 11201

January 26, 2000

TO BE FILED UNDER SEAL

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Salvatore Lauria
           Criminal Docket No. 98-1102 (ILG)

Dear Judge Glasser:

      This letter is submitted to request an adjournment of the above-captioned defendant's sentencing, which was previously scheduled for January 25, 2000. The defendant is cooperating in a wide-ranging investigation of securities fraud, money laundering and organized crime, and his cooperation is expected to continue for some time. I have spoken with Ms. Schillat, who indicated that a new sentencing date of May 9, 2000 at 10:00 a.m. would be convenient for the Court. The defendant's attorney, Robert Stahl, Esq., has consented to adjournment of sentence until the defendant's cooperation is complete.

Due to the nature of this letter and security concerns set forth in prior proceedings, the government requests that this letter be submitted under seal.

Respectfully submitted,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Jonathan S. Sack
Assistant U.S. Attorney
(718) 254-6238

cc: Robert Stahl, Esq.
47 Maple Street, Suite 206
Summit, New Jersey 07901