

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

AW:JSS:jss
F. #1999R01109
lauria sen ltr 1.wpd

*One Pierrepont Plaza
Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street
Brooklyn, New York 11201*

December 27, 2001

TO BE FILED UNDER SEAL

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. John Doe (Salvatore Lauria)
           Criminal Docket No. 98-1102 (ILG)

Dear Judge Glasser:

      This letter is submitted to confirm that, pursuant to a recent conversation with Ms. Schillat, the sentencing of the above-captioned defendant, Salvatore Lauria, has been scheduled for March 13, 2002 at 10:00 a.m.  Because filings in this matter remain under seal on account of Lauria's cooperation with the government, we request that this letter also be filed under seal.

                              Respectfully submitted,

                                ALAN VINEGRAD
                                UNITED STATES ATTORNEY

By: _____
      Jonathan S. Sack
      Assistant U.S. Attorney
      (718) 254-6238

      Eric O. Corngold
      Assistant U.S. Attorney
      (718) 254-6147

cc:  Robert Stahl, Esq. (By Mail)