

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*



EOC:dbp
F.#1998r01996
lauria-adj-ltr.wpd

*156 Pierrepont Street*
*Brooklyn, New York 11201*

April 29, 2002

**TO BE FILED UNDER SEAL**
**BY INTEROFFICE MAIL**

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

> Re:  United States v. Salvatore Lauria and
>      Felix Sater, Crim. Docket No. 98-1102 (ILG)

Dear Judge Glasser:

    Salvatore Lauria and Felix Sater are scheduled to be sentenced by Your Honor this Wednesday, May 1, 2002.  For the reasons set forth below, the government respectfully requests that the sentencings be adjourned to September 17, 2002, at 10:00 a.m.

    The defendants pled guilty before Your Honor pursuant to cooperation agreements.  The information the defendants can provide with regard to the criminal activities of others has not been exhausted.  The government respectfully submits that the interests of justice and judicial economy will be furthered if the defendants' cooperation is exhausted prior to sentencing.  Specifically, if the defendants are sentenced after their cooperation is complete, there will be no subsequent need to pursue relief under Fed. R. Crim. P. 35.  In addition to conserving resources, this approach will allow the Court the opportunity to impose upon the defendants a single, determinate sentence.

    I have spoken by telephone with Your Honor's courtroom deputy, Louise Schillat, who informed me that September 17, 2002, at 10:00 a.m. is convenient for the Court.


2

I attempted to reach by telephone today both Robert Stahl, Esq., counsel to defendant Lauria, and Myles Mahlman, Esq., counsel to defendant Sater, to obtain their consent to this request; however, neither attorney was in his office. In any event, both defendants agreed to adjournments of their sentencings, as requested by this Office, as part of their cooperation agreements.

The Court's attention to this scheduling matter is greatly appreciated. Because of the nature of this letter, the government respectfully requests that it be filed under seal.

Respectfully submitted,

ALAN VINEGRAD
UNITED STATES ATTTORNEY

By: _____
David B. Pitofsky
Assistant U.S. Attorney
(718) 254-6292

cc: Robert Stahl, Esq.
   **(by telecopier 908/301-9008)**

   Myles Mahlman, Esq.
   **(by telecopier 954/322-0064)**