

**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

EOC:dbp
F.#1998R01996
lauria-adj-ltr3.wpd

*156 Pierrepont Street*
*Brooklyn, New York 11201*

February 5, 2003

**TO BE FILED UNDER SEAL**
**BY INTEROFFICE MAIL**

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

            Re:  United States v. Salvatore Lauria,
                 Criminal Docket No. 98-1102 (ILG)

Dear Judge Glasser:

        This letter confirms a telephone conversation I had with Your Honor's courtroom deputy, Louise Schillat, during which she stated that April 1, 2003, at 4:30 p.m., is a convenient date for the Court for the sentencing of Salvatore Lauria. For the reasons set forth below, we request that the sentencing be adjourned to that date.

        The defendant pled guilty before Your Honor pursuant to a cooperation agreement. The information the defendant can provide with regard to the criminal activities of others has not been exhausted. The government respectfully submits that the interests of justice and judicial economy will be furthered if the defendant's cooperation is exhausted prior to sentencing. Specifically, if the defendant is sentenced after his cooperation is complete, there will be no subsequent need to pursue relief under Fed. R. Crim. P. 35. In addition to conserving resources, this approach will allow the Court the opportunity to impose upon the defendant a single, determinate sentence.

        The defendant agreed to adjournments of his sentencing, as requested by this Office, as part of his cooperation agreement.

#13

2

   The Court's attention to this scheduling matter is greatly appreciated.  Because of the nature of this letter, the government respectfully requests that it be filed under seal.

           Respectfully submitted,

           ROSYLYNN R. MAUSKOPF
           UNITED STATES ATTORNEY

By:    *[signature]*
       David B. Pitofsky
       Assistant U.S. Attorney
       (718) 254-6292

cc:  Myles Mahlman, Esq.
   **(by telecopier 954/322-0064)**

*[handwritten notation: So ordered, [signature] USDJ 2/5/03]*