# LAW OFFICES OF

# ROBERT G. STAHL, LLC

Robert G. Stahl
(N.J. & Federal Bar in N.Y.)

Korey Kerscher Sarokin
(N.J. & N.Y. Bars)

David S. Fenkel
(N.J. Bar)

*E-mail* STAHLESQ@BELLATLANTIC.NET

PLEASE REPLY TO NEW JERSEY OFFICE

220 ST. PAUL STREET
WESTFIELD, NEW JERSEY 07090
*Telephone:* 908. 301. 9001
*Facsimile:* 908. 301. 9008

*New York Office*
437 Madison Avenue, 35th Floor
New York, New York
*Telephone:* 212 CLERK'S OFFICE

FILED
U.S. DISTRICT COURT, E.D.N.Y.
★ DEC 23 2003 ★
BROOKLYN OFFICE

November 26, 2003

Hon. I. Leo Glasser
United States District Court
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Sentencing Date – United States v. Salvatore Lauria,
    98-CR-1102 (ILG)

Dear Judge Glasser:

This letter is to confirm my conversation with your Deputy Clerk that the sentencing in the above-listed matter has been adjourned with the consent of the United States to February 5, 2003 at 10:00 a.m.

Respectfully submitted,

Robert G. Stahl

RGS/ps
cc: AUSA Eric Korngold, EDNY
    Mr. Salvatore Lauria