*Sealed case*  2/5/04

## CRIMINAL CAUSE FOR SENTENCING

BEFORE: __GLASSER__  DATE: ~~SEPT. 11, 2003~~ 12/4/03  TIME: __10:00 a.m.__

DOCKET NUMBER: __CR 98-1102__  DEFT. NUMBER: _____

DEFENDANT: __SALVATORE LAURIA__
✓ Present ___ Not Present ___ In Custody __x__ On Bail

ATTORNEY FOR DEFT.: ~~CHARLES CLAYMAN~~ __ROBERT STAHL__
___ C.J.A.  ✓ Retained  ___ Legal Aid/PD

ASST. U.S. ATTORNEY: __ERIC CORNGOLD + 6/4/7__
COURTROOM DEPUTY: ~~LOUISE SCHILLAT~~ __TERESA HENRY__  INTERPRETER: __N/A__
Ext. _____

COURT REPORTER/~~ESR OPERATOR~~: __FRED GURINO__

TAPE NUMBER: _____

SENTENCE: __5 years probation__

DEFT. SENTENCED ON COUNTS: __#1__

OPEN COUNTS DISMISSED: ___ On Govt.'s Motion,  ___ On Ct.'s Mot.

FINE: __$20,000__  SPECIAL ASSESSMENT: __$100.00__

SPECIAL CONDITIONS OF SUPERVISION: __12 months Home Confinement — 300 hours Community Service__

*Right to appeal sentence

IS SENTENCE STAYED? ___ Yes  STAYED UNTIL: _____
___ No

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

..................................................
UNITED STATES OF AMERICA,

                        JUDGMENT INCLUDING
                        SENTENCE FOR OFFENSES
                        COMMITTED ON OR AFTER 11-1-87

VS.

SALVATORE LAURIA                 CASE NO.: <u>CR 98-1102 (ILG)</u>

..................................................

<u>ERIC CORNGOLD</u>          <u>FRED GURINO</u>        <u>ROBERT STAHL</u>
Assistant United States Attorney    Court Reporter        Defendant's Attorney

**THE DEFENDANT: SALVATORE LAURIA**
  **XX**   **PLEAD GUILTY TO COUNT 1 OF THE INFORMATION.**

Accordingly, the defendant is ADJUDGED guilty of such Count(s), which involve the following offenses:

| <u>TITLE AND SECTION</u> | <u>NATURE AND OFFENSE</u> | <u>COUNT NUMBERS</u> |
|---|---|---|
| 18 USC 1962 (c) and 1963(a) | RACKETEERING | COUNT 1 |

The defendant is sentenced as provided in pages 2 through 4 of the Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

  —  The defendant has been found not guilty on count(s) and discharged as to such count(s).
  —  **Open count in the indictment is dismissed on the motion of the United States.**
  —  The mandatory special assessment is included in the portion of Judgment that imposes a fine.
  **X**  **It is ordered that the defendant shall pay to the United States a special assessment of $100.00 which shall be due immediately.**

It is further **ORDERED** that the defendant shall notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

                                              **FEBRUARY 5, 2004**
<u>56695-053</u>                               Date of Imposition of Sentence
Defendant's USM #

<u>08/30/62</u>
Date of Birth

<u>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</u>
Defendant's Soc. Sec. Number

                                            HON. I. LEO GLASSER, U.S.D.J.
<u>91 GEORGETOWN RD., WESTON CONNECTICUT</u>    DATE:  **FEBRUARY 23, 2004**
**Defendant's mailing address**

## PROBATION

The defendant is hereby placed on probation for a term of   FIVE (5) YEARS ON COUNT 1.

The defendant shall not commit another Federal, State or Local crime.
The defendant shall not unlawfully possess a controlled substance.

For offenses committed on or after September 13, 1994:

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

____ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

____ The defendant shall not possess a firearm as defined in 18 U.S.C. Sect. 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the schedule of payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth in the "Standard Conditions of Supervision" sheet.

The defendant shall comply with the following additional conditions:

    THE DEFENDANT TO SERVE 300 HOURS OF COMMUNITY SERVICE

    TH DEFENDANT IS TO SERVE 12 MONTHS HOME CONFINEMENT

    THE GOVERNMENTS MOTION PURSUANT TO 5K1.1 - GRANTED.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer;

2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) The defendant shall support his or her dependents and meet other family responsibilities;

5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons:

6) The defendant shall notify the probation officer within 10 days prior to any change in residence or employment;

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a Physician;

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

12) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the court;

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: SALVATORE LAURIA
CASE NUMBER: CR 98-1102 (ILG)

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth by the court.

| COUNT | ASSESSMENT | FINE | RESTITUTION |
|---|---|---|---|
| COUNT 1 | $100.00 | $20,000.00 | |

---

### FINE

The above includes costs on incarceration and or supervision in the amount of _____
The defendant shall pay interest on any fine of more than $2,500.00 unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. Sect. 3612 (f). All of the payment options may be subject to penalties for default and delinquency pursuant to 18 U.S.C. Sect. 3612 (g).

___ The court has determined that the defendant does not have the ability to pay interest and it is ordered that the interest is waived.

___ the interest is modified as follows.

---

### RESTITUTION

___ The determination of restitution is deferred in a case brought under Capters 109A, 110, 110A, and 113A of the Title 18 for offenses committed on or after 9/13/1994, until _____. an amended judgment in a Criminal case will be entered after such determination.

_____ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| NAME OF PAYEE | TOTAL AMOUNT LOSS | AMOUNT OF RESTITUTION | INSTALLMENTS |
|---|---|---|---|
| TOTALS: _____ | | | |

Findings for the total amount of losses are required under Chapters 109A, 110,110A, 113A of the Title 18 for offenses commited on or after September 13, 1994.