UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

          Plaintiff,

  -against-

SALVATORE LAURIA,

          Defendant.
-------------------------------------------------x

ORDER
98 CR 1192 (ILG)

GLASSER, United States District Judge:

    By letter dated April 7, 2004, the defendant applied for an Order that would modify the terms of probation upon which he was placed for a period of five years on February 5, 2004. Among the other conditions of probation the defendant was directed to observe, were 300 hours of community service and 12 months of home confinement. He is in the process of satisfying his obligation of community service. The basis for making this application is desirable employment which he has obtained which requires travel from time to time throughout the United States, and the modification he requests, if granted, would permit him to maintain his employment.

    The government, by letter dated April 9, 2004, has expressed no objection to a modification of the conditions of his home detention to permit him to travel when necessary to perform the obligations of his job.

    The conditions of probation are hereby modified accordingly, and in all other respects remain in full force and effect. Prior to travel away from home, the defendant is

directed to notify his probation officer, and with that notification provide an itinerary of time of departure and return and where he would be staying in the interim.

SO ORDERED.

Dated:   Brooklyn, New York
         April 12, 2004

                                            I. Leo Glasser

Copies of this Order were sent to:

Eric Corngold, Esq.
Assistant U.S. Attorney
Robert G. Stahl, Esq.
Keith Barry, USPO (by fax: 203-579-5571)
Salvatore Lauria