UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 24 2009 ★
BROOKLYN OFFICE

- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

   - against -

98-CR-1102,

              Defendant.

- - - - - - - - - - - - - - - - -x

UNSEALING ORDER

98-CR-1102 (ILG)

    Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Christopher C. Caffarone, for an order unsealing the court file in the above-captioned case.

    WHEREFORE, it is ordered that the court file in the above-captioned case be unsealed.

Dated:   Brooklyn, New York
          3/18, 2009

                      s/Roanne L. Mann
                      _____
                      UNITED STATES MAGISTRATE JUDGE
                      EASTERN DISTRICT OF NEW YORK