UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------X

UNITED STATES

vs.

SALVATORE LAURIA

CV/CR No: __98-CR-1102(ILG)__

Judge Initials: __ILG__

Magistrate-Judge Initials: _____

-------------------------------------------X

## NOTICE   OF   APPEARANCE

Please note my appearance for __SALVATORE LAURIA__ DEFENDANT plaintiff/defendant, in this action. I was admitted to practice in this District on __JULY 14__, 19__98__. I am currently in good standing and there are no pending disciplinary proceedings against me.

Dated: 7/9/99

_____
Signature

__ROBERT G. STAHL__
Print Name

__STAHL & HORBLIT, LLC__
Firm Name

__47 MAPLE STREET, SUITE 206__
Office Address

__SUMMIT, NEW JERSEY 07901__
Office Address including Zip Code

__908 - 608 - 0890/ 908-608-0894__
Telephone Number/Fax Number

RGS0892
E-Mail Address and Atty Bar Code: (Initials of your first and last name and last four digits of your SS#, or any other four digit number registered by the attorney with the Clerk of Court)

(08/97)

# STAHL & HORBLIT, LLC

ATTORNEYS AT LAW

47 MAPLE STREET
SUITE 206
SUMMIT, NEW JERSEY 07901
TELEPHONE: (908) 608-0890
FACSIMILE: (908) 608-0894

ROBERT G. STAHL
(MEMBER OF NJ BAR)

JEFFREY P. HORBLIT
(MEMBER OF NJ, NY,& MA BARS)

E-MAIL: SHLLC@BELLATLANTIC.NET

PLEASE REPLY TO SUMMIT, NJ

230 PARK AVENUE
SUITE 1130
NEW YORK, NY 10169
TEL: (212) 764-4360

July 9, 1999

**By Facsimile & Regular Mail**
Hon. I. Leo Glasser
United States District Court
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>Substitution of Counsel – United States v. Salvatore Lauria,
     98-CR-1102 (ILG)</u>

Dear Judge Glasser:

  Enclosed please find a Notice of Appearance in the above-listed matter. Pursuant to my conversation with AUSA Jonathan S. Sack, we request that this Notice be placed under seal since Mr. Lauria is cooperating with the United States. A copy has also been sent to AUSA Sack.

          Respectfully submitted,
          Stahl & Horblit, LLC

          Robert G. Stahl

RGS/kw
cc: AUSA Jonathan S. Sack, EDNY
   Mr. Salvatore Lauria