UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

SALVATORE LAURIA,

        Defendant.

- - - - - - - - - - - - - - - -X

FILED
IN CLERK'S
U.S. DISTRICT ... .Y
★ JAN 26 2011 ★
BROOKLYN OFFICE

S E A L I N G
A P P L I C A T I O N

98 CR 1102

For the reasons stated in the government's letter dated December 2, 2010, the government respectfully moves to seal the April 29, 2002 letter (Document 12) in the above-captioned case.



Todd Kaminsky
Assistant U.S. Attorney
Eastern District of New York

SO ORDERED:

   S/ILG

I. LEO GLASSER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK