EJK:ALC
F.# 1998R02283

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | LIMITED UNSEALING ORDER |
| - against - | 98 CR 1102 (ILG) |
| SALVATORE LAURIA, | |
| Defendant. | |

- - - - - - - - - - - - - - - - -X

Upon the application of the United States of America, Loretta E. Lynch, United States Attorney, by Assistant United States Attorney Alicyn Cooley, and good cause appearing therefore, it is hereby

ORDERED that any and all documents having been previously ordered sealed in the above-referenced case be unsealed for the limited purpose of permitting the government to obtain from the Clerk of Court copies of any documents it does not currently have in its files, in order to allow the government to determine the content of such documents.

Any and all documents that may be unsealed pursuant to this order for the limited purpose stated above shall remain

under seal for all other purposes until further order of this Court.

SO ORDERED.

Dated: Brooklyn, New York
September ___, 2012

_____
THE HONORABLE I. LEO GLASSER
UNITED STATES DISTRICT JUDGE