F.# 1998R02283

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | LIMITED UNSEALING ORDER |
| - against - | 98 CR 1102 (ILG) |
| SALVATORE LAURIA, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of the United States of America, Robert L. Capers, United States Attorney, by Assistant United States Attorney Alicyn Cooley, and good cause appearing therefore, it is hereby

ORDERED that the minutes of the defendant's December 10, 1998 guilty plea and the government's February 2, 2004 letter filed in the above-referenced case be unsealed for the limited purpose of providing defense counsel with copies of those documents.

Any and all documents that may be unsealed pursuant to this order for the limited purpose stated above shall remain under seal for all other purposes until further order of this Court.

    SO ORDERED.

Dated: Brooklyn, New York
      April 5, 2016

                              THE HONORABLE I. LEO GLASSER
                              UNITED STATES DISTRICT JUDGE