

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EMN/GKS

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 4, 2017

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 05 2017 ★

BROOKLYN OFFICE

By ECF

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Salvatore Lauria
              Criminal Docket No. 98-CR-1102 (ILG)

Dear Judge Glasser:

      With the consent of the defendant, the government respectfully moves to unseal Document No. 12 in this matter, a letter submitted by the government to the Court on April 29, 2002. The Court previously sealed Document No. 12 on January 26, 2011 on motion of the government.

                                  Respectfully submitted,

                                  BRIDGET M. ROHDE
                                  Acting United States Attorney

                By:    /s/
                            Evan M. Norris
                            G. Karthik Srinivasan
                            Assistant U.S. Attorneys
                            (718) 254-7000

cc:   Thomas Moseley (counsel for defendant) (by ECF)

*So Ordered*

S/ILG
USDJ
6/5/17